# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR9 |
| | ) | |
| OLEGARIO GONZALEZ-GAMEZ and | ) | ORDER |
| ADRIANA GARCIA-SILVA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue trial filed by Adriana Garcia-Silva (Doc. 60). The movant has filed an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3. Upon defense counsel's representation that he has a conflict on May 12, 2009, trial will remain scheduled for May 19, 2009.[1]

**IT IS ORDERED** that the motion (Doc. 60) is granted, as follows:

1. The trial of this matter remains set for **Tuesday, May 19, 2009** as to all defendants.

2. Counsel for the United States shall confer with defense counsel and, no later than May 12, 2009, advise the court of the anticipated length of trial.

**DATED May 1, 2009.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**

---

[1]Trial is currently set for May 19, 2009; however, the docket text originally sent to counsel on April 14, 2009 had an incorrect date of May 12, 2009. The court's error has been corrected.